UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH L. DECORTE, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 03-1239-SRD-SS** |
| **EDDIE JORDAN, et al** | |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiffs be awarded fees for experts of $64,894.37.

New Orleans, Louisiana, this 11th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE