UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH DECORTE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 03-1239 |
| EDDIE JORDAN IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES | SECTION "K"(1) |

### ORDER

It is hereby ordered that the Motion for Stay of Judgment of Expert Fees is granted and Jordan shall not be required to post a supersedeas bond in the event he seeks an appeal of the judgment rendered in this case.

New Orleans, Louisiana

This 17th day of May, 2006

JUDGE
UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

4