FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30  PM 1: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH L. DECORTE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 03-1239 |
| EDDIE JORDAN, ET AL. | SECTION "K" (1) |

## JUDGMENT

Considering the Amended Judgment entered in this matter on October 4, 2005 (Doc. No. 404), pursuant to which the plaintiffs were awarded the total sum of $2,484,626.67 and legal interest from the date of judgment, for back pay, back benefits, mental/emotional damages, front pay, front benefits, and nominal damages, a copy of which Amended Judgment is attached to this Judgment and made a part hereof by reference; and

Considering further that said Amended Judgment provided for attorneys' fees to be determined by the Magistrate Judge and costs to be determined by the Clerk of Court, the amounts of which have now been determined;

**IT IS ORDERED, ADJUDGED AND DECREED** that, in addition to the damages set forth in the Amended Judgment of October 4, 2005, the plaintiffs be awarded the following attorney fees:

| | |
|---|---|
| Clement Donelon | $ 349,680 |
| R. Vaughn Cimini | $ 145,530 |
| Lisa Brener | $ 133,730 |
| Richard Leefe | $  63,425 |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

| | |
|---|---|
| Adam Massey (Brener associate) | $ 3,000 |
| Mindy LaBrossse (Donelon paralegal) | $ 3,660 |
| Nicole Hill    (Brener paralegal) | $ 6,840 |
| Sean Brady (Cimini law clerk) | $ 700 |
| Tessa Pousson (Cimini law clerk) | $ 175 |
| **TOTAL** | **$ 706,740** |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plaintiffs be awarded fees for experts in the total amount of **$64,894.37**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the total sum of **$21,808.51** be taxed as costs of court, $6793.49 of which were incurred on behalf of plaintiffs by Clement Donelon; $8,195.48 of which were incurred on behalf of plaintiffs by Vaughn Cimini; and $6,819.54 of which were incurred on behalf of plaintiffs by Lisa Brener.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that legal interest accrue on attorney fees (including paralegal and law clerk fees), expert fees, and costs in accordance with and from the date of the Amended Judgment authorizing same, signed on September 30, 2005.

New Orleans, Louisiana, this 29th day of June, 2006.

_____
Stanwood R. Duval, Jr.,
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH L. DECORTE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 03-1239 |
| EDDIE JORDAN, ET AL. | SECTION "K"(1) |

### JUDGMENT

This matter having come for jury trial before the Court, the Honorable Stanwood R. Duval, Jr., presiding, and the issues having been duly tried and a decision having been duly rendered by the jury as to all issues except for front pay and front benefits which were awarded by the Court in Order and Reasons rendered this day,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the following plaintiffs and against the defendant Eddie Jordan in his official capacity in the following dollar amounts, with prejudgment interest with respect to the backpay awards, plus legal interest from the date of judgment pursuant to federal law and attorneys' fees and costs:

| Plaintiff | Back Pay | Back Benefits | Mental/ Emotional Damages | Front Pay | Front Benefits | TOTAL |
|---|---|---|---|---|---|---|
| Ira C. Austin | 53,772.00 | 18,760.50 | 12,000.00 | 24,307.33 | 0 | 108,839.83 |
| Cynthia Baggett | 21,027.50 | 2,213.50 | 1,500.00 | 17,757.34 | 2,000.00 | 44,498.34 |
| Bruce Buras | 0 | 27,887.50 | 2,000.00 | 0 | 37,379.33 | 67,266.83 |
| Mercedes R. Bittinger | 6,413.50 | 10,672.00 | 2,000.00 | 0 | 14,561.33 | 33,646.83 |
| Pamela Butler | 744.00 | 8,306.00 | 375.00 | 0 | 15,602.67 | 25,027.67 |
| Jean Calabresi | 64,049.00 | 1,285.00 | 13,500.00 | 66,156.00 | 60.00 | 145,050.00 |
| Donna Lynn Carlisle | 15,290.00 | 5,593.00 | 6,000.00 | 0 | 5,393.33 | 32,276.33 |
| Sharon David | 34,982.00 | 20,580.50 | 10,500.00 | 39,527.34 | 20,826.00 | 126,415.84 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Judith DeCorte | 25,708.50 | 8,641.00 | 9,000.00 | 20,403.34 | 8,394.66 | 72,147.50 |
| Rene I. Decossas | 54,962.00 | 25,328.00 | 13,500.00 | 28,085.00 | 7,220.00 | 129,095.00 |
| Jeanine DiCristina | 17,624.00 | 6,600.00 | 6,000.00 | 93,616.66 | 11,217.33 | 135,057.99 |
| Helen T. Draughon | 30,874.00 | 323.00 | 0 | 20,097.34 | 400.67 | 51,695.01 |
| James C. Eaton | 3,562.50 | 10,679.50 | 2,000.00 | 0 | 15,662.67 | 31,904.67 |
| Robert J. Egan | 4112.50 | 35,980.50 | 2,000.00 | 0 | 44,204.00 | 53,915.00 |
| Patricia Falgoust | 50,739.50 | 26,740.50 | 3,000.00 | 32,194.00 | 30,928.67 | 143,602.67 |
| Sharon A. Gilchrist | 23,397.00 | 3,544.50 | 8,000.00 | 7,896.66 | 3,420.00 | 46,258.16 |
| Nita Frances Godwin | 31,380.50 | 7,686.00 | 13,000.00 | 0 | 0 | 52,066.50 |
| Trudy A. Guerrera | 18,086.00 | 7,292.00 | 0 | 11,070.00 | 7,757.33 | 44,205.33 |
| Robin D. Hays | 9,313.00 | 11,482.00 | 3,500.00 | 6,662.67 | 10,436.67 | 41,394.34 |
| Linda H. Hellmer | 51,251.00 | 23,466.50 | 0 | 42,876.00 | 23,934.67 | 141,528.17 |
| Clemens Herbert, Jr. | 45,572.00 | 12,991.00 | 10,500.00 | 0 | 18,714.67 | 87,777.67 |
| Barbara Hussey | 3,121.00 | 27,441.00 | 1,500.00 | 0 | 28,464.00 | 60,526.00 |
| Denise January | 22,108.00 | 3,384.00 | 250.00 | 9,711.33 | 3,271.33 | 38,724.66 |
| Stanley Joachim | 56,489.00 | 12,884.00 | 13,500 | 28,195.33 | 10,012.00 | 121,080.33 |
| Stephen Kitt | 0 | 8,184.00 | 1,250.00 | 0 | 7,933.33 | 17,367.33 |
| Richard J. Leblanc, Jr. | 31,495.50 | 12,448.50 | 7,500.00 | 0 | 17,634.00 | 69,078.00 |
| Frank J. Lippert | 2,180.00 | 2,328.50 | 0 | 1,337.33 | 0 | 5,845.83 |
| Adolph J. Lopez | 11,535.50 | 4,385.50 | 1,000 | 10,151.00 | 5,658.67 | 32,730.67 |
| Selina McCalla | 20,898.00 | 8,981.50 | 7,000 | 10,128.67 | 8,489.33 | 55,497.50 |
| Sue Ann Simmonds Nunez | 977.00 | 0 | 500 | 0 | 0 | 1477.00 |
| Cathy P. Orgeron | 3,485.50 | 0 | 0 | 0 | 0 | 3,485.50 |
| Arthur B. Perrot | 51,497.50 | 12,833.50 | 13,500.00 | 28,085.00 | 8,612.67 | 101,695.18 |
| Craig Peterson | 56,993.50 | 10,141.50 | 13,500.00 | 56,170.00 | 16,600.67 | 153,405.67 |
| Emile Ron Poissenot | 19,807.00 | 15,077.50 | 2,000.00 | 12,428.67 | 21,048.00 | 70,361.17 |
| John Riviere | 4,681.50 | 18,624.50 | 1,250.00 | 0 | 27,392.67 | 51,948.67 |
| Donald A. Rodrigue | 3008.50 | 18,080.00 | 1,500.00 | 0 | 24,784.67 | 47,373.17 |
| Charles E. Schlosser, Jr. | 4868.50 | 10,783.50 | 2,500.00 | 0 | 17,974.67 | 36,126.67 |
| Timothy M. Seuzeneau | 6,457.00 | 15,770.00 | 3,000.00 | 0 | 22,437.33 | 47,664.33 |
| Deborah R. Stansbury | 40,472.00 | 5,590.00 | 13,500.00 | 20,543.67 | 2,450.33 | 82,556.00 |

| Katherine Theriot | 12,022.50 | 10,202.50 | 0 | 10,566.00 | 9,678.67 | 42,469.67 |
| --- | --- | --- | --- | --- | --- | --- |
| Florita Thompson | 42,100.50 | 1264.50 | 13,500.00 | 18,076.33 | 616.33 | 83,213.33 |
| George Vogt, III | 37,842.00 | 8,306.00 | 0 | 14,932.00 | 15,602.67 | 76,682.67 |
| TOTAL | | | | | | 2,812,979.03 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Terri Bonnecarre and against Eddie Jordan in his official capacity in the amount of $1.00 as nominal damages.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Eddie Jordan in his individual capacity and against all plaintiffs dismissing their claims against him.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proper amount of costs to be awarded shall be determined by the Clerk of Court pursuant to L.R. 54. The proper amount of attorney fees to be awarded shall be determined by the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).

New Orleans, Louisiana, this 26th day of May, 2005.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE