# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH DECORTE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-1239** |
| **EDDIE JORDAN, ET AL** | **SECTION "K"(1)** |

## ORDER

Before the Court is plaintiffs' motion for attorneys' fees (Doc. 486) which seeks attorneys fees successfully defending on appeal the judgment entered by this Court on October 4, 2005 (Doc. 404). Pursuant to 28 U.S.C. §636(b)(1)(B), the Court refers this motion to the magistrate judge for a determination of the proper amount of attorneys' fees to be awarded.

New Orleans, Louisiana, this 22nd day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE