**MINUTE ENTRY**
**DUVAL, J.**
**October 22, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JUDITH DECORTE, ET AL**                                   **CIVIL ACTION**

**VERSUS**                                                  **NO. 03-1239**

**EDDIE JORDAN, ET AL**                                     **SECTION "K"(1)**

### ORDER

A telephone conference was held this date to address the "Motion to Stay Execution of Judgments" filed on behalf of defendant Eddie J. Jordan, Jr., in his official capacity as the District Attorney for the Parish of Orleans, State of Louisiana (Doc. 491). The following counsel participated in the conference:

        Clement Donelon on behalf of plaintiffs;
        Lisa Brener on behalf of plaintiffs;
        Richard Leefe on behalf of plaintiffs;
        Vaughn Cimini on behalf of plaintiffs;
        William Steffes on behalf of defendant Eddie J. Jordan, Jr., in his official
         capacity as the District Attorney for the Parish of Orleans, State of Louisiana;

and

        Kirk Reasonover on behalf of defendant Eddie J. Jordan, Jr., in his official
         capacity as the District Attorney for the Parish of Orleans, State of Louisiana

Because the Attorney General State of Louisiana has some constitutional auspices over the Office of the District Attorney for the Parish of Orleans, State of Louisiana, Rick McGimsey of the Attorney General's office was permitted to monitor the call.

For the reasons stated orally at the conference, the motion is DENIED.

JS-10(00.15)